UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Case No. 13-10360 |
| The Gathering Horse, LLC | (Chapter 11) |
| Debtor(s) | October 29, 2013 |

## MOTION TO DISMISS BANKRUPTCY FILING

Debtor through his Attorney, David R. Biondi, respectfully requests this Honorable Court to grant the Debtor to Dismiss, in all respects, Debtors Bankruptcy filing Case #13-10360.

Respectfully,

__/s/David R. Biondi_____
David R. Biondi
Attorney for the Debtor
Fed Bar #ct06949
940 White Plains Road
Trumbull, CT 06611
TEL: 203-261-0899
FAX: 203-261-5151

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | : | Case No. 13-10360 |
| The Gathering Horse, LLC | : | (Chapter 11) |
| Debtor(s) | : | October 29, 2013 |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion To Dismiss was sent this 29th day of October, 2013 by regular mail, postage prepaid and addressed as follows:

Adam L. Rosen, Esq.
SilvermanAcampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753

Duell LLC
5 East 57th Street
New York, N.Y. 10022

Con Edison
Cooper Station
P.O Box 138
New York, NY 10276

Ecolab
P.O. Box 905327
Charlotte NC 28290

Nas Delivery
566 Hamilton Ave
Brooklyn NY 11232

One Stop Rest. Supply Corp
511 West 33rd Street
New York, NY 10001

Mercury Payment Systems
10 Burnett Court Ste. 300
Durango, CO 81301

/s/David R. Biondi
David R. Biondi

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: : Case No. 13-10360

The Gathering Horse, LLC :

: (Chapter 11)

Debtor(s) :

October 29, 2013

---

## ORDER

The foregoing Motion To Dismiss having been heard is hereby ORDERED:

    GRANTED/Denied

_____
JUDGE/Clerk